RANDY H. MCMURRAY, ESQ. (SBN 126888)
JAMON R. HICKS, ESQ. (SBN 232747)
BRITANY M. ENGELMAN, ESQ. (SBN 238618)
**THE COCHRAN FIRM LOS ANGELES**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 931-6200
Facsimile: (323) 931-9521
rmcmurray@cochranfirm.com
jhicks@cochranfirm.com
bengelman@cochranfirm.com

Attorneys for Plaintiff, K.X.T., a minor, by and through his Guardian ad Litem, Valissa Taylor

WAYNE W. WINTHERS, ESQ.
**CITY ATTORNEY'S OFFICE OF ORANGE CALIFORNIA**
300 E. Chapman Avenue
Orange, CA 92866
Telephone: (714) 744-5580
Facsimile: (714) 538-7157
wwinthers@cityoforange.org
Attorneys for Defendants

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.X.T., an Individual, by and through his Guardian Ad Litem, VALISSA TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORANGE; ORANGE POLICE DEPARTMENT; OFFICER B. THAETE (Badge #1440); OFFICER H. ECHANDI (Badge #1270), and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: CV-00853-JVS-AN<br><br>[PROPOSED] ORDER RE: DISMISSAL OF ALL FEDERAL CAUSES OF ACTION PURSUANT TO 42 U.S.C. §1983<br><br>[PROPOSED] ORDER REMANDING ACTION TO STATE COURT<br><br>F.R.C.P. 41(a) |

1

[PROPOSED] ORDER RE: DISMISSAL OF FEDERAL CAUSES OF ACTION AND REMAND TO STATE COURT

Pursuant to the stipulation of parties, filed concurrently herewith IT IS SO ORDERED that the above-captioned federal causes of action under U.S.C. §1983 only shall be dismissed against all defendants, with prejudice pursuant to FRCP 41(a)(1); and that this matter be immediately Remanded to Orange County Superior Court-Central Justice Center pursuant to 28 U.S.C. §1441(b).

**IT IS SO ORDERED:**

Dated: 6/23, 2011

_____
HON. DISTRICT COURT JUDGE